UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE BUILDING SERVICE 32BJ
HRALTH FUND,

                            Plaintiffs,                    CIVIL ACTION NO. 26 Civ. 75 (JAV) (SLC)

        -v-
                                                                        **ORDER**

XANITOS, INC.,

                            Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

        This action has been referred to the undersigned for general pretrial supervision.  (Dkt. Nos. 7–8).  Defendant's response to the Complaint was due on March 23, 2026.  (Dkt. No. 6).  To date, Defendant has not responded to the Complaint.  As a one-time courtesy, the Court sua sponte EXTENDS the deadline for Defendant to respond to the Complaint to **Tuesday, March 31, 2026**.  Defendant is warned that failure to answer, move, or otherwise respond to the Complaint by **March 31, 2026**, may result in the Court permitting Plaintiffs to initiate default proceedings.

Dated:        New York, New York
              March 24, 2026

                                    SO ORDERED.

                                    SARAH L. CAVE
                                    **United States Magistrate Judge**