UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE BUILDING SERVICE 32BJ
HRALTH FUND,

                Plaintiffs,

   -v-

XANITOS, INC.,

                Defendant.

CIVIL ACTION NO. 26 Civ. 75 (JAV) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On March 25, 2026, the Court issued an Order scheduling an Initial Conference pursuant to Federal Rule of Civil Procedure 16 and ordered the parties to file a Rule 26(f) Meeting and Proposed Case Management Plan ("Rule 26(f) Report") by April 13, 2026.  (Dkt. No. 12).  To date, the parties have not filed a Rule 26(f) Report.  As a one-time courtesy, the Court <u>sua</u> <u>sponte</u> EXTENDS the deadline for the parties to file a Rule 26(f) Report to **Wednesday, April 15, 2026**.

Dated:     New York, New York
            April 14, 2026

                        SO ORDERED.

                        SARAH L. CAVE
                        **United States Magistrate Judge**